UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **LOLA LUCIO, Individually,** | : |
| **Plaintiff,** | : |
| v. | : Case No. 4:22-cv-11801-TGB-APP |
| **HOLLY-HOLLY, LLC** **A Domestic Limited Liability Company** | : |
| **Defendant.** | : |

## STIPULATED ORDER OF DISMISSAL

The parties having stipulated to the entry of an Order dismissing, with prejudice, this action, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the above-entitled case **BE**, and hereby **IS**, **DISMISSED WITH PREJUDICE**, and without costs or attorney fees to any party.

/s/Terrence G. Berg
Honorable Terrence G. Berg
UNITED STATES DISTRICT JUDGE

Dated: October 20, 2022

The parties, through their counsel, hereby stipulate to the entry of the above Stipulated Order to Dismiss the Complaint with Prejudice.

Stipulated and agreed to this 20th day of October 2022 by:

*/s/ Pete M. Monismith*
Pete M. Monismith (P78186)
Attorney for Plaintiff

*/s/ Kevin Fanning*
Kevin Fanning (P57125)
Attorney for Defendant